**Kirk Thomas MILLER, Petitioner/Appellant/Cross–Respondent,**

v.

**Lisa Irene MILLER, Respondent/Respondent/Cross–Appellant.**

Nos. 70471, 70820.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1997.

Susan K. Roach, Chesterfield, for Appellant.

Bradler J. Bakula, St. Louis, for Respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

**ORDER**

PER CURIAM.

Husband, Kirk Thomas Miller, appeals from the decree of dissolution of his marriage to wife, Lisa Irene Miller. Wife cross-appeals. We have reviewed the record on appeal and find the decree is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the facts and

reasons for this order. The decree of dissolution is affirmed pursuant to Rule 84.16(b).